UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-345 (PJS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **GOVERNMENT'S MOTION** |
| v. | ) **TO DISMISS SUPERVISED** |
| | ) **RELEASE VIOLATIONS** |
| VINH XUAN NGO, | ) |
| | ) |
| Defendant. | ) |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Katharine T. Buzicky, Assistant United States Attorney, moves the Court to dismiss the Second Amended Petition on Supervised Release now pending against defendant Vinh Xuan Ngo and cancel the hearing currently set for February 17, 2026. *See* Doc. Nos. 173, 175, 176.

Ngo, a Vietnamese national who is subject to a final order of removal, is currently in the custody of the Department of Homeland Security in El Paso, Texas. The undersigned has consulted with attorneys for DHS and understands Ngo may be deported in the near future and that securing his appearance at the final revocation hearing is not feasible at this time. The undersigned has also consulted with Ngo's counsel, who does not object to the government's motion. While the violations alleged against Ngo are serious, the government believes dismissal is in the interests of justice after considering all the facts and circumstances of this matter.

2

Dated: February 12, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Katharine T. Buzicky*

BY: KATHARINE T. BUZICKY
Assistant United States Attorney

2